**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-6578

JEROME HONEYMAN,

Plaintiff - Appellant,

versus

FRANK DREW, Sheriff; DR. GONZALES; NURSE HAN-
SON; NURSE HOLCOM; NURSE PLUMMER; MAJOR SMITH;
E. C. MORRIS; DAVID K. SMITH; CORRECTIONAL
OFFICER ZUMBRO,

Defendants - Appellees.

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke. Jackson L. Kiser, Chief District
Judge. (CA-95-583-R)

Submitted: October 3, 1996          Decided: October 10, 1996

Before ERVIN, LUTTIG, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jerome Honeyman, Appellant Pro Se. David Ernest Boelzner, WRIGHT,
ROBINSON, OSTHIMER & TATUM, Richmond, Virginia; Jeff Wayne Rosen,
ADLER, ROSEN & PETERS, P.C., Virginia Beach, Virginia; Alexander
Leonard Taylor, Jr., OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA,
Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Honeyman v. Drew</u>, No. CA-95-583-R (W.D. Va. Mar. 26, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>